# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Creatura, J. Richard | District Court - Western District of Washington | 03/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - (FT) | ☐ Nomination Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
1717 Pacific Ave.
Tacoma, WA 98402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager (Family corporation) | JJC & LMC, L.L.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | Gordon Thomas Honeywell Malanca Peterson and Daheim, LLP retirement payments |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 03/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 03/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Columbia Bank Accounts (cash) | A | Interest | L | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. BANK DEPOSIT PROGRAM MORGAN STANLEY BANK N.A. (cash) | A | Interest | L | T | | | | | |
| 4. IShares Tips Bond ETF (TIP) | D | Dividend | N | T | | | | | |
| 5. Vanguard Sm Cap Growth ETF (VBK) | A | Dividend | K | T | | | | | |
| 6. Vanguard Sm Cap ETF (VB) | A | Dividend | K | T | | | | | |
| 7. American Europacific Growth A. Mutual fund (AEPFX) | C | Dividend | L | T | | | | | |
| 8. American Growth Fd of America Mutual Fund (GFFFX) | E | Dividend | N | T | | | | | |
| 9. Blackrock Equity Dividend A Common (MADVX) | E | Dividend | N | T | | | | | |
| 10. First Eagle Overseas A (SGOIX) | B | Dividend | L | T | | | | | |
| 11. Franklin Income Adv (FRIAX) | D | Dividend | M | T | Buy (add'l) | 04/19/18 | K | | |
| 12. JP Morgan Mid Cap Value A Common (JMVSX) | D | Dividend | M | T | | | | | |
| 13. Pimco Total Return A Mutual Fund (PTTPX) | D | Dividend | M | T | | | | | |
| 14. Templeton Global Bd FD A Mutual Fund (TGBAX) | D | Dividend | L | T | | | | | |
| 15. Thornburg Inv Inc Builder A Mutual fund (TIBIX) | D | Dividend | M | T | | | | | |
| 16. Virtus Mult-Sector S/T Bd A Common (PIMSX) | D | Dividend | N | T | | | | | |
| 17. IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Sm Cap Growth ETF (VBK) | A | Dividend | J | T | | | | | |
| 19. American Europacific Growth A. Mutual fund (AEPFX) | A | Dividend | J | T | | | | | |
| 20. Blackrock Equity Dividend A Common (MADVX) | B | Dividend | K | T | | | | | |
| 21. Delaware Small Cap Value A Mutual Fund (DEVIX) | A | Dividend | J | T | | | | | |
| 22. DWS Real Est Secs (RRREX) (Formerly Deutsche Real Est Secs S) | A | Dividend | J | T | | | | | |
| 23. First Eagle Overseas A (SGOIX) | A | Dividend | J | T | | | | | |
| 24. JP Morgan Mid Cap Value A Common (JMVSX) | B | Dividend | J | T | | | | | |
| 25. T Rowe Price Growth Stock (PRGFX) | B | Dividend | K | T | | | | | |
| 26. Thornburg Inv Inc Builder A Mutual fund (TIBIX) | A | Dividend | J | T | | | | | |
| 27. IRA #3 (H) | | | | | | | | | |
| 28. Vanguard Sm Cap Growth ETF (VBK) | A | Dividend | J | T | | | | | |
| 29. American Europacific Growth A. Mutual fund (AEPFX) | A | Dividend | J | T | | | | | |
| 30. Blackrock Equity Dividend A Common (MADVX) | B | Dividend | J | T | | | | | |
| 31. Delaware Small Cap Value A Mutual Fund (DEVIX) | A | Dividend | J | T | | | | | |
| 32. DWS Real Est Secs (RRREX) (Formerly Deutsche Real Est Secs S) | A | Dividend | J | T | | | | | |
| 33. First Eagle Overseas A (SGOIX) | A | Dividend | J | T | | | | | |
| 34. JP Morgan Mid Cap Value A Common (JMVSX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T Rowe Price Growth Stock (PRGFX) | B | Dividend | J | T | | | | | |
| 36. Thornburg Inv Inc Builder A Mutual fund (TIBIX) | A | Dividend | J | T | | | | | |
| 37. IRA #4 (H) | | | | | | | | | |
| 38. IShares Tips Bond ETF (TIP) | A | Dividend | J | T | | | | | |
| 39. Vanguard Sm Cap ETF (VB) | A | Dividend | J | T | | | | | |
| 40. American Europacific Growth A. Mutual fund (AEPFX) | A | Dividend | J | T | | | | | |
| 41. American Growth Fd of America Mutual Fund (GFFFX) | B | Dividend | J | T | | | | | |
| 42. Blackrock High Eq Inc (BMCSX) | A | Dividend | J | T | | | | | |
| 43. Diamond Hill Large Cap I (DHLRX) | A | Dividend | J | T | | | | | |
| 44. PGIM SHORT TRM CORP BD A (PIFZX) (Formerly Prudential) | A | Dividend | J | T | | | | | |
| 45. Pimco Total Return A Mutual Fund (PTTPX) | A | Dividend | J | T | | | | | |
| 46. Templeton Global Bd FD A (TGBAX) | A | Dividend | J | T | | | | | |
| 47. Thornburg Intl Value I (TGVIX) | A | Dividend | J | T | | | | | |
| 48. Thornburg Inv Inc Builder A Mutual fund (TIBIX) | A | Dividend | J | T | | | | | |
| 49. Voya Global Real Estate A (IGLAX) | A | Dividend | J | T | | | | | |
| 50. BROKERAGE #1 (H) | | | | | | | | | |
| 51. BANK DEPOSIT PROGRAM | MORGAN STANLEY BANK N.A. (cash) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Europacific Growth A. Mutual fund (AEPGX) | A | Dividend | J | T | Sold (part) | 09/24/18 | J | D | |
| 53. American Smallcap World A (SMCWX) | A | Dividend | J | T | Sold (part) | 09/24/18 | J | C | |
| 54. American Washington Mutual A Common (AWSHX) | B | Dividend | K | T | Sold (part) | 09/24/18 | K | D | |
| 55. Putnam Equity Income A (PEYAX) | B | Dividend | K | T | Sold (part) | 09/24/18 | K | D | |
| 56. BROKERAGE #2 (H) | | | | | | | | | |
| 57. American Europacific Growth A. Mutual Fund (AEPGX) | B | Dividend | K | T | | | | | |
| 58. American Smallcap World A (SMCWX) | A | Dividend | J | T | | | | | |
| 59. American Washington Mutual A Common (AWSHX) | C | Dividend | K | T | | | | | |
| 60. Putnam Equity Income A (PEYAX) | B | Dividend | K | T | | | | | |
| 61. BROKERAGE #3 (H) | | | | | | | | | |
| 62. BANK DEPOSIT PROGRAM | MORGAN STANLEY BANK N.A. (cash) | A | Interest | J | T | | | | | |
| 63. American AmCAP A Common (AMCPX) | D | Dividend | M | T | | | | | |
| 64. Invesco Equal Wghtd S&P 500 Mutual Fund (VADAX) | D | Dividend | M | T | | | | | |
| 65. Invesco Equity and Income A (ACEIX) | C | Dividend | K | T | | | | | |
| 66. Invesco Global Healthcare A Mutual Fund (GGHCX) | D | Dividend | M | T | | | | | |
| 67. Invesco VK Technology A Mutual Fund (ITYAX) | A | Dividend | J | T | | | | | |
| 68. MS Multi Cap Growth TR A (CPOAX) | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MSIF Growth A (MSEGX) | C | Dividend | K | T | Sold (part) | 04/24/18 | J | B | |
| 70. BROKERAGE #4 (H) | | | | | | | | | |
| 71. BANK DEPOSIT PROGRAM \| MORGAN STANLEY BANK N.A. (cash) | A | Interest | J | T | | | | | |
| 72. IShares Tips Bond ETF (TIP) | A | Dividend | K | T | | | | | |
| 73. Vanguard Real Estate ETF (VNQ) | | None | J | T | Buy | 12/28/18 | J | | |
| 74. Vanguard Sm Cap Growth ETF (VBK) | A | Dividend | K | T | | | | | |
| 75. Vanguard Sm Cap Value ETF (VB) | A | Dividend | K | T | | | | | |
| 76. Vanguard Value ETF Index (VTV) | | None | L | T | Buy | 12/28/18 | L | | |
| 77. American Balanced F2 (AMBFX) | | None | K | T | Buy | 12/28/18 | K | | |
| 78. American Europacific Growth A. Mutual fund (AEPFX) | B | Dividend | K | T | | | | | |
| 79. American Growth Fd of America Mutual Fund (GFFFX) | D | Dividend | L | T | | | | | |
| 80. Blackrock Equity Dividend A Common (MADVX) | D | Dividend | | | Sold | 12/28/18 | L | | |
| 81. DWS Real Est Secs (RRREX) (Formerly Deutsche Real Est Secs S) | A | Dividend | | | Sold | 12/28/18 | J | | |
| 82. Dreyfus Standish GLB Fix Inc. (SDGIX) | A | Dividend | K | T | | | | | |
| 83. First Eagle Overseas A (SGOIX) | B | Dividend | K | T | | | | | |
| 84. JP Morgan Mid Cap Value A Common (JMVSX) | C | Dividend | L | T | | | | | |
| 85. Thornburg Inv Inc Builder A Mutual fund (TIBIX) | B | Dividend | | | Sold | 12/28/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Virtus Mult-Sector S/T Bd A Common (PIMSX) | B | Dividend | L | T | | | | | |
| 87. BROKERAGE #5 (H) | | | | | | | | | |
| 88. BANK DEPOSIT PROGRAM | MORGAN STANLEY BANK N.A. (cash) | A | Interest | L | T | | | | | |
| 89. Capitol One Bank, N.A. (cash) | C | Interest | M | T | | | | | |
| 90. BROKERAGE #6 (H) | | | | | | | | | |
| 91. ISHARES CORE AGGRESSIVE ALLO (AOA) | A | Dividend | J | T | Sold (part) | 04/13/18 | J | B | |
| 92. Invesco Equal Wghtd S&P 500 Mutual Fund (VADAX) | C | Int./Div. | L | T | | | | | |
| 93. JJC & LMC, LLP (H) | | | | | | | | | |
| 94. BANK DEPOSIT PROGRAM | MORGAN STANLEY BANK N.A. (cash) | A | Interest | K | T | | | | | |
| 95. IShares Tips Bond ETF (TIP) | B | Dividend | K | T | | | | | |
| 96. Vanguard FTSE Developed Mkts ETF (VEA) | | None | L | T | Buy | 12/28/18 | L | | |
| 97. Vanguard Sm Cap ETF (VB) | A | Dividend | K | T | | | | | |
| 98. Vanguard Value ETF Index (VTV) | | None | L | T | Buy | 12/28/18 | L | | |
| 99. American Balanced F2 (AMBFX) | | None | L | T | Buy | 12/28/18 | L | | |
| 100. American Europacific Growth A. Mutual fund (AEPFX) | D | Dividend | L | T | | | | | |
| 101. Diamond Hill Large Cap I (DHLRX) | C | Dividend | | | Sold | 12/28/18 | L | | |
| 102. Dreyfus Standish GLB Fix Inc. (SDGIX) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 03/25/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Fidelity Adv New Insights I (FINSX) | E | Dividend | M | T | | | | | |
| 104.  First Eagle Overseas A (SGOIX) | C | Dividend | | | Sold | 12/28/18 | L | | |
| 105.  Gabelli Eq Inc. AAA Mutual Fund (GCIEX) | E | Dividend | | | Sold | 12/28/18 | L | | |
| 106.  Lord Abbett Sht Duration Inc F (LDLFX) | C | Dividend | L | T | | | | | |
| 107.  Metropolitan West TOT RET BD (MWTIX) | B | Dividend | L | T | | | | | |
| 108.  Thornburg Inv Inc Builder A Mutual fund (TIBIX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 03/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column A: Minor name or symbol changes are the result of corporate action and do not represent changes in holdings due to reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 03/25/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Richard Creatura**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544